IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIE EDD WILSON,            )
                              )
    Plaintiff,                )
                              )
                              )      CIVIL ACTION NO.
    v.                        )        1:15cv727-MHT
                              )            (WO)
DOTHAN CITY JAIL, et al.,     )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Dothan City Jail, filed this lawsuit challenging the alleged denial of his requests for medical care by jail staff. This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's claims against defendant Dothan City Jail be dismissed from the complaint as frivolous. There are no objections to the recommendation; however, following issuance of the recommendation, the plaintiff filed a motion to amend the complaint in which he omitted defendant Dothan City Jail from the caption of

the case, set forth allegations against several additional individual defendants, and did not set forth any allegations against the jail itself. After an independent and de novo review of the record, this court is of the opinion that the recommendation should be withdrawn as moot, the motion to amend should be construed, in part, as a notice of voluntary dismissal, and defendant Dothan City Jail should be dismissed as a defendant pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2015.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE