IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE EDD WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv727-MHT |
| | ) | (WO) |
| DOTHAN CITY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of this court as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 5) is withdrawn as moot.

(2) The plaintiff's motion to amend (doc. no. 7) is construed, in part as a notice of voluntary dismissal of the Dothan City Jail as a defendant.

(3) Pursuant to Fed. R. Civ. P. 41(a)(1) and (2), the Dothan City Jail is dismissed as a defendant to

this action and terminated as a party, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 16th day of November, 2015.

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**