IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| **WILLIE EDD WILSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv727-MHT |
| | ) | (WO) |
| **MAMIE McCORY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an indigent person formerly incarcerated in the Dothan City Jail, filed this lawsuit contending that the defendant jail employees were deliberately indifferent to his medical needs. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2016.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE